[PUBLISH]

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

**FILED**

**U.S. COURT OF APPEALS**
**ELEVENTH CIRCUIT**
**March 30, 2005**
**THOMAS  K. KAHN**
**CLERK**

No. 02-13654

(D. C. Docket No. CR-00-00109)

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANITA YATES,
ANTON F. PUSZTAI,

Defendants-Appellants.

-------------------------
On Appeal from the United States District Court for the
Middle District of Alabama
-------------------------

(Opinion November 24, 2004, 391 F.3d. 1182, 11ᵗʰ Cir. 2004)

(March 30, 2005)

Before EDMONDSON, Chief Judge, TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON and PRYOR, Circuit Judges.*

B Y  T H E  C O U R T:

    A  member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

    IT IS ORDERED that the above cause shall be reheard by this court en banc.  The previous panel's opinion is hereby VACATED.

---

*Senior United States Circuit Judge Emmett R. Cox has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).